No. 02–5347. CARRILLO-SALAZAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5348. ALBERTO CAVAZOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5349. EASTER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5350. PARKER v. PRICE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–5351. SAMPLE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–5352. SANDS v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 02–5353. RAMOS-GODINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5354. BIEGON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5355. ALVARADO-DERAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5356. BICKING v. FRANK ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5357. SMITH v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–5358. SIMPSON v. ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–5359. SANDERS v. McDONNELL, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5360. SPENCE v. COLORADO. Ct. App. Colo. Certiorari denied.